■ In the Matter of JESSICA W. HERRINK, an Attorney, Resignor. Appellant. [893 NYS2d 922]—Voluntary resignation accepted and name removed from roll of attorneys. Present—

Scudder, P.J., Fahey, Carni, Green and Pine, JJ. (Filed Jan. 25, 2010.)